OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



April 11, 2024

Stacey L. Barnes
Vikesh N. Patel
William C. Yarbrough III
Kearney McWilliams & Davis
55 Waugh Drive
Suite 150
Houston, TX 77007

John J. Myers
Eckert Seamans Cherin & Mellott
600 Grant Street
44th Floor, US Steel Tower
Pittsburgh, PA 15219

RE: Davison Design & Development Inc v. Mario Scorza
Case Number: 24-1442
District Court Case Number: 2-23-cv-00644

Dear Counsel:

Pursuant to our docketing letter dated **March 8, 2024**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/Laurie
Case Manager
267-299-4936
cc: Justin T. Barron, Esq.